AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

Lisa E. Nielsen
*Plaintiff(s)*

v.

City of Dallas, et al
*Defendant(s)*

Civil Action No. 8:15-CV-456-RGK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Dallas
Service upon Mayor Mike Rawlings
Office of the Mayor
1500 Marilla St., Ste 5EN
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lisa E. Nielsen
229 N. Pine St.
Gordon, NE 69343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

Lisa. E. Nielsen
_____
Plaintiff(s)

v.

A.C. Gonzalez, City Manager for City of Dallas et.al
_____
Defendant(s)

Civil Action No. 8:15-CV-456-RGK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A.C. Gonzalez
City Manager for City of Dallas
Dallas City Hall
1500 Marilla St., Room 4EN
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lisa E Nielsen
229 N. Pine St
Gordon, NE 69343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/16

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

Lisa E. Nielsen
_____
Plaintiff(s)

v.

John F. Warren,
Dallas Texas County Clerk
_____
Defendant(s)

Civil Action No. 8:15-CV-456-RGK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John F. Warren
Dallas Texas County Clerk
Records Bldg.
509 Main Street, 3rd Floor
Dallas, Texas 75202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lisa E. Nielsen
229 N. Pine St.
Gordon, NE 69343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | ) | |
|---|---|---|
| _Lisa E. Nielsen_ | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 8:15-CV-456RGK |
| _County of Dallas, TX, et al._ | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* County of Dallas, TX
Serve County Judge Clay Jenkins
411 Elm Street
Dallas, TX 75202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lisa E. Nielsen
229 N. Pine St.
Gordon, NE 69343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/16

_____
Signature of Clerk or Deputy Clerk