AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:15cv456

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* A C Gonzalez
was received by me on *(date)* 8-3-16 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-9-16
8-15-16

Server's signature

Allen Jewitt Dosan
Printed name and title

U.S. MARSHALS SERVICE
DISTRICT OF NEBRASKA
P   Server's address
100 [illegible]         TH
LINCOLN, NE 68508-3864

Additional information regarding attempted service, etc:

U.S. MARSHALS SERVICE
DISTRICT OF NEBRASKA
ROOM 552
100 CENTENNIAL MALL NORTH
LINCOLN, NE 68508-3864

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2016 AUG 16

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

LISA. E. Nielsen

*Plaintiff(s)*

v.    Civil Action No. 8:15-CV-456-RGK

A.C. GONZALEZ, CITY MANAGER for City of DALLAS et, al

*Defendant(s)*

COPY
12:31 JUL26'16 USMSNE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A.C. GONZALEZ
City Manager for City of Dallas
Dallas City Hall
1500 MARILLA ST., Room 4EN
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LISA E Nielsen
229 N. PINE ST
Gordon, NE 69343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/16

*Signature of Clerk or Deputy Clerk*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A.C. Gonzalez
City Manager
Dallas City Hall
1500 Marilla St, Rm EN
Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☒ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7015 0640 0005 6672 9769

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. MARSHALS SERVICE
DISTRICT OF NEBRASKA
ROOM 552
100 CENTENNIAL MALL NORTH
LINCOLN, NE 68508-3864

Mark

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** LISA E. Nielsen | **COURT CASE NUMBER** 8:15-CV-456 RGK |
| **DEFENDANT** A.C. Gonzales City Manager for City of Dallas | **TYPE OF PROCESS** CIVIL |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AC Gonzales City Manager for City of Dallas

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Dallas City Hall, 1500 MARILLA ST. Rm. 4EN Dallas, TX

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LISA E. Nielsen
229 N. Pine St.
Gordon, NE 69343

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Server AC Gonzales directly at his office

12:32 JUL 26 '16 USMSNE

| Signature of Attorney or other Originator requesting service on behalf of: Lisa Nielsen | ☐ PLAINTIFF ☐ DEFENDANT | **TELEPHONE NUMBER** | **DATE** |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | **Total Process** 4 | **District of Origin** No. 47 | **District to Serve** No. 77 | Signature of Authorized USMS Deputy or Clerk | **Date** 8-3-16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 8-9-16  Time: am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**
Sent Cert mail 8-4-16  70156400056729769
Green card Rcvd back 8-15-16

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     **FORM USM-285 (Rev. 12/15/80)**