IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA E. NIELSEN, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 8:15-CV-456-RFR-TDT |
| | § | |
| A.C. GONZALEZ, *et al.*, | § | |
|     Defendants. | § | |

## DEFENDANTS A.C. GONZALEZ AND CITY OF DALLAS' MOTION TO DISMISS

TO THE HONORABLE DISTRICT COURT JUDGE:

Defendants, A.C. Gonzalez and the City of Dallas (the "City Defendants"), by and through their undersigned counsel, respectfully move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(2), (3) and (6), to dismiss this action against them for lack of personal jurisdiction, lack of proper venue, and failure to state a claim, respectively, and to enter an order dismissing the Plaintiff's Complaint (Doc. No. 1) in its entirety.

In support of this motion, the City Defendants direct the Court's attention to the supporting brief filed contemporaneously with this motion. In addition, the City Defendants join in and adopt the motion to dismiss and brief in support submitted by Defendants Warren and Dallas County. (Doc. No. 28).

WHEREFORE, the City Defendants respectfully request an Order granting this Motion, dismissing Plaintiff's Complaint (Doc. No. 1) with prejudice, and awarding such other and further relief as this Court deems just and equitable.

Dated this 16th day of September, 2016.

>Respectfully submitted,
>
>CITY ATTORNEY OF THE CITY OF DALLAS
>
>Christopher D. Bowers
>Interim Dallas City Attorney
>
>By: */s/ Melissa J. Papaleo*_____
>MELISSA J. PAPALEO
>Senior Assistant City Attorney
>Texas State Bar No. 24095452
>melissa.papaleo@dallascityhall.com
>Admitted *pro hac vice*
>
>7DN Dallas City Hall
>1500 Marilla Street
>Dallas, Texas 75201
>Telephone: 214-670-3519
>Facsimile: 214-670-0622
>
>**ATTORNEYS FOR DEFENDANTS**
>**A.C. GONZALEZ and CITY OF DALLAS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 16, 2016, the above and foregoing Motion to Dismiss was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties of record.

>*/s/ Melissa J. Papaleo*_____
>MELISSA J. PAPALEO
>Senior Assistant City Attorney
>Texas State Bar No. 24095452
>melissa.papaleo@dallascityhall.com
>Admitted *pro hac vice*
>7DN Dallas City Hall
>1500 Marilla Street
>Dallas, Texas 75201
>Telephone: 214-670-3519
>Facsimile: 214-670-0622